IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| Carolyn Miller, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO. 4:26-cv-1207 (CDL) |
| Merit Systems Protection Board, | * | |
| Defendant, | * | |
| United States Department of Defense, | * | |
| Intervenor. | | |

O R D E R

The United States Court of Appeals for the Federal Circuit transferred this case to this Court. Plaintiff is proceeding *pro se*. Intervenor Department of Defense is represented by Jana Moses, who has been advised by the Middle District of Georgia Clerk's Office to make an entry of appearance consistent with this Court's admission requirements but has not done so. Defendant Merit Systems Protection Board appears unrepresented and thus no lawyer has yet made an entry of appearance on its behalf. The file transferred to this Court provides little guidance as to the precise complaint that Plaintiff attempts to assert in this Court. This order is intended to get this action on track.

Within 21 days of today's order, Plaintiff shall file a separate complaint with the Clerk of this Court complying with the

Federal Rules of Civil Procedure that sets forth the specific claims she is asserting in this case.

Within 14 days of today's order, counsel for the Department of Defense and the Merit Systems Protection Board shall make an entry of appearance in this action that complies with this Court's admission requirements.

The Clerk shall serve this order by regular mail and email upon the following:

Carolyn Miller
5369 Westwood Drive
Columbus, Georgia 31907
carolyn.miller44@icloud.com

Jana Moses
U.S. Department of Justice
Commercial Litigation Branch, Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Jana.Moses@usdoj.gov

Merit Systems Protection Board
1615 M Street, NW
Washington, D.C. 20419
officeofgeneralcounsel@mspb.gov

William R. Keyes
United States Attorneys Office
P.O. Box 1702
Macon, GA 31202-1702
william.r.keyes@usdoj.gov

It is so ordered this 16th day of October, 2026.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA